# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL END-PAYER ACTIONS* | Civil Action Nos.<br>18-cv-2401<br>19-cv-6011<br>16-AL-27240<br>16-AL-27242<br>16-AM-27240<br>16-AM-27242<br>16-BC-27240<br>16-BC-27242<br>16-BZ-27240<br>16-BZ-27242<br>16-CB-27240<br>16-CB-27242<br>16-CM-27240<br>16-CM-27242<br>16-DS-27240<br>16-DS-27242<br>16-DG-27240<br>16-DG-27242<br>16-DV-27240<br>16-DV-27242<br>16-DX-27240<br>16-DX-27242<br>16-EC-27240<br>16-EC-27242<br>16-FL-27240<br>16-FL-27242<br>16-LV-27240<br>16-LV-27242<br>16-LD-27240<br>16-LD-27242<br>16-PV-27240<br>16-PV-27242<br>16-PP-27240<br>16-PP-27242<br>16-UR-27240<br>16-UR-27242 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of the following attorney, Brendan P. Glackin at Lieff Cabraser Heimann & Bernstein, LLP, as attorney for the End-Payer Plaintiffs in connection with the above-captioned matter.

Dated: September 9, 2022　　　　　　**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

　　　　　　　　　　　　　　　　　　　　/s/ *Brendan P. Glackin*
　　　　　　　　　　　　　　　　　　Brendan P. Glackin
　　　　　　　　　　　　　　　　　　275 Battery Street, 29th Floor
　　　　　　　　　　　　　　　　　　San Francisco, CA, 94111-3339
　　　　　　　　　　　　　　　　　　Telephone: (415) 956-1000
　　　　　　　　　　　　　　　　　　bglackin@lchb.com


　　　　　　　　　　　　　　　　　　*Attorneys for the End-Payer Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2022, I caused the foregoing **Entry of Appearance** to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing, and it is available for viewing and downloading from the ECF system.

 /s/ *Brendan P. Glackin*
Brendan P. Glackin